UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMY R. HEBERT | * | CIVIL ACTION NO. 12-1792-MLCF-SS |
| VERSUS | * | SECTION "F" |
| LOWE'S HOME CENTERS, INC. | * | JURY TRIAL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the Joint Motion to Dismiss with Prejudice filed by Plaintiff, Amy R. Hebert, and Defendant, Lowe's Home Centers, Inc.;

IT IS HEREBY ORDERED that the action against Defendant, Lowe's Home Centers, Inc., including all claims which were or could have been asserted by Plaintiff, be and is hereby DISMISSED with prejudice.

New Orleans, Louisiana, this ___1st___ day of ___February___, 2013.

_____
UNITED STATES DISTRICT JUDGE